## McBRIDE v. STATE.
### No. 22156.

Court of Criminal Appeals of Texas.
June 3, 1942.

Sam B. Spence, of Wichita Falls, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The conviction is for theft of property under the value of $50. The penalty assessed is confinement in the county jail for one year and a fine of $100.

The record is before us without a statement of facts or bills of exception, in the absence of which no question has been presented for review. The indictment and all matters of procedure appear to be in proper form.

The judgment is affirmed.